UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RANDALL TYLER HUTCHISON,

    Plaintiff,

v.

NEWARK POLICE DEPARTMENT,
et al.,

    Defendants.

Case No. 2:15-cv-3057
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Terence P. Kemp

## ORDER

On October 7, 2016, the Magistrate Judge issued a Report and Recommendation [ECF No. 12] recommending that the Court grant in part and deny in part Defendants' Motion to Dismiss [ECF No. 10]. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation [ECF No. 12] is **ADOPTED**, and for the reasons set forth in that document, Defendants' Motion to Dismiss [ECF No. 10] is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's claims against the Newark Police Department and Defendants Arndt, Purtee, and Fleming are **DISMISSED**. Plaintiff's claims against Defendant Bline shall remain pending.

    IT IS SO ORDERED.

_11-8-2016_
DATE

_____
EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**