# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

RANDALL TYLER HUTCHISON,

    Plaintiff,

v.

NEWARK POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 2:15-cv-3057
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

On January 18, 2018, the United States Magistrate Judge issued a Report and Recommendation recommending that the Court grant Defendant Doug Bline's Motion for Summary Judgment. The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run, and no party has objected. Accordingly, the Report and Recommendation [ECF No. 34] is **AFFIRMED** and **ADOPTED**. And for the reasons set forth in that document, Defendant's Motion for Summary Judgment [ECF No. 25] is **GRANTED**.

    **IT IS SO ORDERED.**

\_\_\_2-12-2018\_\_\_  
**DATE**

_____  
**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**